## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:22-cv-168 <br><br> JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff, Ramot at Tel Aviv University Ltd. ("Plaintiff"), respectfully requests that S. Calvin Capshaw, Elizabeth L. DeRieux and the law firm of Capshaw DeRieux, LLP be permitted to withdraw as counsel of record for Plaintiff in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record.

Dated:  December 30, 2022

Respectfully Submitted,

By: */s/ Elizabeth L. DeRieux*

Denise De Mory
Corey Johanningmeier
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
RAMOT AT TEL AVIV UNIVERSITY LTD.**

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant and this motion is unopposed.

*/s/ Elizabeth L. DeRieux*

2